Hand-Delivered

FILED
CHARLOTTE, NC

NOV 12 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**State of North Carolina**

**VS**           **File# 24CR017068-590**

**John Rodriguez Clark**     3:24-cr-224-KDB

# NOTICE OF REMOVAL FROM STATE COURT TO U.S. DISTRICT COURT

This Notice of removal is being filed on the grounds of the following.

1. Defendant's claim of violation of the false claims act.
2. Defendant's claim of whistleblower retaliation
3. Defendant's claim of violation of due process
4. Defendant's claim of violation of right to a fair trial
5. Defendant's claim of false arrest
6. Defendant's claim of Malicious Prosecution
7. Defendant's claim of violation of the fair housing act
8. Defendant's claim of illegal sale and transfer of property
9. Defendant's claim of Homeowners protection Act
10. Defendant's claim of Illegal transfer of property through forgery and impersonation
11. Defendant's claim of illegal foreclosure
12. Defendant's claim of Invasion of privacy
13. Defendant's claim violation of right to a fair trial

14. Defendant's claim of residential mortgage fraud act.
15. Defendant's claim of illegal property flipping
16. Defendant's claim of false imprisonment
17. Defendants claim the uniform fraudulent transfer act
18. Defendant's claim of the uniform sales practice act
19. Defendant's claim of deed fraud
20. Defendant's claim of abuse of process
21. Defendant's claim of false Advertisement

I John R Clark was falsely arrested at my own home claiming it didn't belong to me. However, I have the original deed which was passed to me. I was also in litigation with the city of Charlotte in the U.S. District court during the alleged false arrest. I am still in litigation with the city of Charlotte. There was an alleged fraudulent deed used to claim my home which I lived in for the past 30 years. This removal under 28 U.S.C. § 1441 is necessary due to the bias cases I had in the past. I will attach all records about this case with this removal. Federal Question 28 U.S.C. 1331 The District courts shall have original jurisdiction of all civil actions arising under the constitution, laws or treaties of the United States. See John R Clark vs State of North Carolina (5:24-CV-00203) and (0:24-CV.PR-02040). Defendant seeks to have this case dismissed with prejudice.

See Notary Acknowledgement

*John R Clark* (signature)

John R. Clark
6100 Ashcrest Drive
Charlotte, NC 28217

# **CERTIFICATE OF SERVICE**

I John R Clark will submit a copy of this notice of removal to the district court in Charlotte, NC the same day this is filed.

See Notary Acknowledgement

John R. Clark
6100 Ashcrest Drive
Charlotte, NC 28217

**VERIFICATION ON OATH OR AFFIRMATION**

State of North Carolina

County of Mecklenburg

} ss.

Subscribed and sworn to (or affirmed) before me

this _12_ day of _11_, _2024_, by
Day / Month / Year

_John R Clark_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

_Jerry Lee Ross_
Signature of Notary Public

Place Notary Seal/Stamp Above

Any Other Required Information
(Residence, Expiration Date, etc.)

[Notary Seal: JERRY LEE ROSS, NOTARY PUBLIC, MECKLENBURG COUNTY, NC, My Comm. Expires November 7, 2027]

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Notice of Removal_

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

---

©2020 National Notary Association